UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Edwin A. Cothron   Case No.: 8:12-bk-14188-CPM
                   Chapter 7

    Debtor.

_____/

NOTICE OF FILING AMENDED SCHEDULE C
AND AMENDED SUMMARY OF SCHEDULES

Debtor, Edwin A. Cothron, by and through his undersigned counsel, files this Notice of Filing Amended Schedule C and Amended Summary of Schedules.

Respectfully submitted,

**WATKINS LAW FIRM, P.A.**

/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**
Florida Bar Number: 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Phone Number: (813) 226-2215
Fax Number: (813) 226-2038
Email: allan@watkinslawfl.com
Attorney for Edwin A. Cothron, Debtor

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by either CM/ECF electronic notice or United States mail postage prepaid to the following: United States Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602; Angela Welch Esposito, Trustee, 12157 West Linebaugh Ave., PMB 401, Tampa, FL 33626; Edwin A. Cothron, 470 Sandy Hook Rd., Treasure Island, FL 33706 and to all interested parties on the attached CM/ECF mailing matrix on March 6, 2013.

/s/ Allan C. Watkins
**ALLAN C. WATKINS, ESQUIRE**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

Edwin A. Cothron                    Case No.: 8:12-bk-14188-CPM
                                    Chapter 7
    Debtor.
_____/

## AMENDED SUMMARY OF
## SCHEDULES AND AMENDED SCHEDULE C

    Debtor, Edwin A. Cothron, files this Amended Summary of Schedules and Amended Schedule C saying:

    I, Edwin A. Cothron, hereby declare under penalty of perjury that I have read the Amended Schedule C and Amended Summary of Schedules and they are true and correct to the best of my information and belief.

                                                                                           Edwin A. Cothron

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida - Tampa Division

In re: **Edwin A Cothron**, Debtor

Case No. **8:12-bk-14188**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 160,000.00 | | |
| B - Personal Property | Yes | 3 | 11,611.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 399,066.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 5,750,685.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,950.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,344.00 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 171,611.00 | | |
| Total Liabilities | | | | 6,149,751.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida - Tampa Division

In re  **Edwin A Cothron**  
Debtor

Case No. __8:12-bk-14188__

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6C (Official Form 6C) (4/10)

In re  **Edwin A Cothron**  
                                Debtor
                                
Case No.  **8:12-bk-14188**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. §522(b)(2)  
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| 470 Sandy Hook Rd. Treasure Island, FL 33706 | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 | 160,000.00 | 160,000.00 |
| **Cash on Hand** | | | |
| Cash on Hand | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wachovia Securities | Fla. Const. art. X, § 4(a)(2) | 25.00 | 25.00 |
| American Momentum Bank | Fla. Const. art. X, § 4(a)(2) | 1.00 | 1.00 |
| **Household Goods and Furnishings** | | | |
| 2 couched, 2 TVs, DVD, 2 computers, washer/dryer, desk, chair, file cabinit | Fla. Const. art. X, § 4(a)(2) | 300.00 | 300.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Miscellaneous family books and pictures | Fla. Const. art. X, § 4(a)(2) | 35.00 | 35.00 |
| **Wearing Apparel** | | | |
| Debtor's Clothing | Fla. Const. art. X, § 4(a)(2) | 75.00 | 75.00 |
| **Furs and Jewelry** | | | |
| wedding ring | Fla. Const. art. X, § 4(a)(2) | 50.00 | 50.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 2 bicycles | Fla. Const. art. X, § 4(a)(2) | 25.00 | 25.00 |
| | Total: | 160,611.00 | 160,611.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

```
Label Matrix for local noticing          Edwin A Cothron                         Catherine Peek McEwen
113A-8                                   470 Sandy Hook Rd.                      Tampa
Case 8:12-bk-14188-CPM                   Treasure Island, FL 33706-1211
Middle District of Florida
Tampa
Wed Mar  6 08:38:43 EST 2013

Paradise Village Townhomes Association, Inc.   The Bank Of New York Mellon        Toyota Motor Credit Corporation
c/o Robert Todd, Esq., RA                Robertson Anschutz & Schneis PL         POB 3001
111 Second Ave. NE                       Maurice D Hinton Esq                    Malvern, PA 19355-0701
Suite 539                                3010 N Military Trail  Suite 300
St. Petersburg, FL 33701-3493            Boca Raton, FL 33431-6393

Admiral Little Trust                     American Express                        American Home Mortgage
One Grandin Lane                         PO Box 981537                           PO Box 631730
Cincinnati, OH 45208-3358                El Paso, TX 79998-1537                  Irving, TX 75063-0002


Asset Acceptance LLC                     Atlas Acquisition LLC                   Atlas Acquisitions LLC
PO Box 1630                              c/o Avi Schild                          294 Union St.
Warren, MI 48090-1630                    294 Union St                            Hackensack, NJ 07601-4303
                                         Hackensack, NJ 07601-4303


Bank of America                          Capital One                             Charles Monroe
PO Box 15026                             PO Box 30281                            1803 Briar Creek Blvd
Wilmington, DE 19850-5026                Salt Lake City, UT 84130-0281           Safety Harbor, FL 34695-4696


Charles Ruse, Jr.                        Chase Card Services                     Clark D. East
500 NE 8th Avenue                        PO Box 15298                            10901 Corporate Circle North
Ocala, FL 34470-5345                     Wilmington, DE 19850-5298               Ste A
                                                                                 St. Petersburg, FL 33716-3722


Commander Habersham, LLC                 Crd Prt Association                     Diamond Oil, LLC
One Grandin Lane                         One Galleria Tower                      1675 Rachels Ridge Loop
Cincinnati, OH 45208-3358                13355 Noel Road S                       Ocoee, FL 34761-9009
                                         Dallas, TX 75240-6837


E. Tyler Cathey, Esq.                    GECRB/ Chevron PLCC                     GECRB/ Dillards
721 First Ave N                          PO Box 965015                           PO Box 965024
St. Petersburg, FL 33701-3603            Orlando, FL 32896-5015                  Orlando, FL 32896-5024


HSBC Bank                                HSBC/Best Buy                           J. Robert Brown
PO Box 5253                              PO Box 5253                             One Grandin Lane
Carol Stream, IL 60197-5253              Carol Stream, IL 60197-5253             Cincinnati, OH 45208-3358


LNV Funding LLC                          Lord Krycul Trust                       MPG Ave Maria, LTD
PO Box 10584                             One Grandin Lane                        1803 Briar Creek Blvd
Greenville, SC 29603-0584                Cincinnati, OH 45208-3358               Safety Harbor, FL 34695-4696
```

MPG Geiger, LTD
1803 Briar Creek Blvd
Safety Harbor, FL 34695-4696

Major Gladiolus Trust
One Grandin Lane
Cincinnati, OH 45208-3358

Midland Credit Management
8875 Aero Drive
San Diego, CA 92123-2255


Midland Funding
8875 Aero Dr. Ste 200
San Diego, CA 92123-2255

NCA
PO Box 550
327 West Fourth St.
Hutchinson, KS 67501-4842

Paradise Village Townhomes
c/o
Sean A. Costis, Esq.
P.O. Box 14409
St. Petersburg, FL 33733-4409


Phoenix Petroleum Co., LLC
1920 Albany Hwy
Dawson, GA 39842-4516

Pinellas County Tax Collector
PO Box 4006
Seminole, FL 33775-4006

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Quality Petroleum
a/k/a Smith Brothers Oil
1625 George Jenkins Blvd.
Lakeland, FL 33815-3729

Quality Petroleum
c/o Dale Jacobs
P.O. Box 2537
Lakeland, FL 33806-2537

Real Time Solutions
1750 Regal Row, Ste 120
Dallas, TX 75235-2287


Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161-0244

Shell / Citi Bank SD
PO Box 6497
Credit Bureau Dispute
Sioux Falls, SD 57117-6497

Superior Bank
4350 W. Cypress Street
Tampa, FL 33607-4160


Target National Bank
c/o Target Credit Services
PO Box 673
Minneapolis, MN 55440-0673

The Home Depot/ CBSD
Ccs Gray Ops Center
PO Box 6497
Sioux Falls, SD 57117-6497

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701


(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Whitney Bank
28163 US Hwy 19 N
Ste 101
Clearwater, FL 33761-2696

Angela Welch Esposito +
12157 West Linebaugh Avenue
PMB 401
Tampa, FL 33626-1732


United States Trustee - TPA7 +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Shawn M Yesner +
Yesner Law, P.L.
13035 W. Linebaugh Ave., Suite 101-B
Tampa, FL 33626-4481

Gilbert Barnett Weisman +
Becket & Lee LLP
16 General Warren Blvd
P O Box 3001
Malvern, PA 19355-0701


Allan C Watkins +
Watkins Law Firm, PA
707 N Franklin Street, Suite 750
Tampa, FL 33602-4423

Maurice D Hinton +
Robertson Anschutz & Schneid, PL
6409 Congress Ave., Suite 100
Boca Raton, FL 33487-2853

Atlas Acquisitions LLC +
Attn: Avi Schild
294 Union Street
Hackensack, NJ 07601-4303


Pinellas County Tax Collector (AB) +
PO Box 4006
Seminole, FL 33775-4006

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, Inc. 120 Corporate Boulevard Norfolk, VA 23502 | Toyota Motor Leasing 5005 N. River Blvd. NE Cedar Rapids, IA 52411 | End of Label Matrix Mailable recipients   57 Bypassed recipients    0 Total                 57 |